In the Matter of JOHN CIRRITO, Appellant, against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Respondents.

(Argued January 6, 1936; decided January 21, 1936.)

*Reginald S. Hardy* and *Gardiner Conroy* for appellant.
*Paul Windels, Corporation Counsel (Paxton Blair* and *Herman J. McCarthy* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.